UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-8071 (JSA) |
| v. | : | |
| SEAN LYNCH | : | Honorable Jessica S. Allen<br>United States District Judge |
| Defendant. | : | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by Defendant Sean Lynch (Ernesto Cerimele, Esq., appearing) for an Order Modifying Conditions of Release; and United States Pretrial Services Agency (by Pretrial Services Officer Lura Jenkins) having no objection to the application; and the United States Attorney's Office (by AUSA Christopher Fell) having deferred to Pretrial Services and for good cause shown,

**WHEREFORE, IT IS** on this 17th day of July, 2023,

**ORDERED** that the Defendant shall be permitted to travel to [address redacted], for a job interview in Lakewood, NJ on July 19, 2023 from 9:15am until 11:30am; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

/s/ Jessica S. Allen
HONORABLE JESSICA S. ALLEN
United States District Judge

  /s/ Ernesto Cerimele  
Ernesto Cerimele, Esq.
for Defendant Sean Lynch

  /s/ Christopher Fell  
AUSA Christopher Fell
for the United States of America