**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-8071 (JSA) |
| v. | : | |
| SEAN LYNCH | : | Honorable Jessica S. Allen<br>United States Magistrate Judge |
| Defendant. | : | **CONSENT ORDER MODIFYING**<br>**CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by Defendant Sean Lynch (Ernesto Cerimele, Esq., appearing) for an Order Modifying Conditions of Release; and United States Pretrial Services Agency (by Pretrial Services Officer Lura Jenkins) and the United States Attorney's Office (by AUSA Christopher Fell) having consented to this Application and for good cause shown,

**WHEREFORE, IT IS** on this 25th day of July, 2023,

**ORDERED** that the Defendant's conditions of release are modified from home detention without employment to home detention with employment; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

/s/ Jessica S. Allen
HONORABLE JESSICA S. ALLEN
United States Magistrate Judge

/s/ Ernesto Cerimele
Ernesto Cerimele, Esq.
for Defendant Sean Lynch

/s/ Christopher Fell
AUSA Christopher Fell
for the United States of America